**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Veterans First Medical Supply LLC, et al. | § § | |
| *versus* | § § | Case Number: 4:18−cv−02871 |
| Tactile Medical Systems Technology, Inc. | § | |

# Notice of Reassignment

      Pursuant to Special Order No. 2019−3, this case is reassigned to the docket of United States District Judge George C Hanks, Jr. Deadlines in scheduling orders remain in effect, and all court settings are vacated

Date: September 3, 2019

                                                              David J. Bradley, Clerk