## HEARING MINUTES

Cause No:      4:18-CV-2871

Style:          Veterans First Medical Supply LLC, ex rel. v. Tactile Medical Systems Technology Inc.

Hearing Type:  Motion hearing

**Appearances:**

| **Counsel** | **Representing** |
| --- | --- |
| Richard Wolf Hess | Veterans First |
| J. Mark Brewer | Veterans First |
| Johnny W. Carter | Veterans First |
| Armstead Charlton Lewis | Veterans First |
| Robert Mitchell | Veterans First |
| Brian Scott McBride | Tactile |
| Alethea M. Huyser | Tactile |
| John Williams Petrelli | Tactile |
| David Jack Levy | Tactile |

Date:  February 14, 2022         Court reporter:  Capetillo
Time: 1:35 p.m.—2:52 p.m.      Law Clerk: L. McKinney

At the hearing, the following rulings were made as stated on the record:

The Court held a motion hearing as stated on the record.

Veterans First's motion for summary judgment [Dkt. 181] is **DENIED**.

The Court heard oral argument on Tactile's motion for summary judgment [Dkt. 184] and took the motion under advisement.